AO91 (Rev. 12/03)   Criminal Complaint                                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                **CRIMINAL COMPLAINT**
vs.

Abraham LOEWEN-Thiessen                                      Case Number: 1:20-po-850
A213 565 537  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 20, 2020__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on February 20, 2020. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on February 20, 2020 thus avoiding immigration inspection.

Defendant had $220 Mexican pesos in their possession at time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Villarreal Iii, Ernesto  Border Patrol Agent
Signature of Complainant

Villarreal Iii, Ernesto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 21, 2020                                     at    Brownsville, Texas
Date                                                        City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                Signature of Judge